## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**HERBERT PITTMAN**                                                                         **PLAINTIFF**

**v.**                               **No. 4:05CV63-P-B**

**CHRISTOPHER EPPS, ET AL.**                          **DEFENDANTS**

### ORDER OF DISMISSAL

The court, *sua sponte,* takes up the dismissal of the plaintiff's case filed under 42 U.S.C. § 1983. The plaintiff, a prisoner proceeding *pro se*, seeks review of his sentence imposed under the laws of Mississippi. The plaintiff alleges that he has been improperly moved from house arrest to the Mississippi State Penitentiary, and, as a result, that 351 days have been illegally added his sentence. This claim does not challenge the conditions of the plaintiff's confinement, as required under 42 U.S.C. § 1983; it instead challenges the fact and duration of his confinement, a claim the plaintiff should have brought as a *habeas corpus* claim under 28 U.S.C. § 2254. A claim under 42 U.S.C. § 1983 does not accrue until the conviction or sentence has been invalidated. *Heck v. Humphrey*, 512 U.S. 477, 489-90 (1994). As the plaintiff has not shown that his conviction or sentence has been reversed, expunged, invalidated or impugned by the grant of a writ of *habeas corpus*, his claim under 42 U.S.C. § 1983 is not ripe for consideration and should be dismissed without prejudice to his ability to file a *habeas corpus* claim under 28 U.S.C. § 2254.

**SO ORDERED,** this the 29th day of April, 2005.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE

Dockets.Justia.com