**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**HERBERT PITTMAN**                                                                  **PLAINTIFF**

**v.**                                                                                           **No. 4:05CV63-P-B**

**CHRISTOPHER EPPS, ET AL.**                                                   **DEFENDANTS**

**ORDER OF DISMISSAL**

The court, *sua sponte,* takes up the dismissal of the plaintiff's case filed under 42 U.S.C.

§ 1983.  The plaintiff, a prisoner proceeding *pro se*, seeks review of his sentence imposed under

the laws of Mississippi.  The plaintiff alleges that he has been improperly moved from house

arrest to the Mississippi State Penitentiary, and, as a result, that 351 days have been illegally

added his sentence.  This claim does not challenge the conditions of the plaintiff's confinement,

as required under 42 U.S.C. § 1983; it instead challenges the fact and duration of his

confinement, a claim the plaintiff should have brought as a *habeas corpus* claim under 28 U.S.C.

§ 2254.  A claim under 42 U.S.C. § 1983 does not accrue until the conviction or sentence has

been invalidated.  *Heck v. Humphrey*, 512 U.S. 477, 489-90 (1994).  As the plaintiff has not

shown that his conviction or sentence has been reversed, expunged, invalidated or impugned by

the grant of a writ of *habeas corpus*, his claim under 42 U.S.C. § 1983 is not ripe for

consideration and should be dismissed without prejudice to his ability to file a *habeas corpus*

claim under 28 U.S.C. § 2254.


        **SO ORDERED,** this the 29th day of April, 2005.


                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE